10-0974

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> DANIEL RIVERA ESPINELL <br><br><br> DEBTOR(S) | CASE NO. 10-07168-ESL <br> CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS

NOW COMES the undersigned attorney and hereby enter its appearance in this case on behalf of Reliable Financial Services, Inc. and requests that all pleadings, orders, notices and other documents files and entered in this case be served upon undersigned attorney and that his name be included in the master mailing list.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **JOSE R. CARRION,** Trustee and **JOSE M PRIETO CARBALLO** Debtor(s) Attorney.

In San Juan, Puerto Rico, this September 9, 2010.

**/S/ CARLOS E. PEREZ PASTRANA**
USDC-208913
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6644 FAX: 787-625-4891
cperezp@reliablefinancial.com