IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-07168 ESL |
|---|---|
| **DANIEL RIVERA ESPINEL** | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to correct attorney fees remaining balance.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 1st day of October of 2010.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                      Case No. 10-07168-13

RIVERA ESPINEL, DANIEL        Chapter 13
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION  

☒ AMENDED PLAN DATED: 10/01/2010  
Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 175.00 x 60 = $ 10,500.00  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  

TOTAL: $ 10,500.00

Additional Payments:  
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:  
☐ Sale of Property identified as follows:  
_____  
_____  

☐ Other:  
_____  
_____  

Periodic Payments to be made other than, and in addition to the above:  
$ _____ x _____ = $ _____  

PROPOSED BASE: $ 10,500.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,704.00

Signed: /s/ DANIEL RIVERA ESPINEL  
Debtor

_____  
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☒ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☐ Trustee pays secured ARREARS:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____  
2. ☒ Trustee pays IN FULL Secured Claims:  
Cr. RELIABLE FINANCIAL SE Cr. _____ Cr. _____  
# 819606044 # _____ # _____  
$ 3,000.00 $ _____ $ _____  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____  
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:  
_____  
5. ☐ Other:  
_____  
6. ☐ Debtor otherwise maintains regular payments directly to:  
_____  

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____  
☐ Paid 100% / ☐ Other: _____  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)  
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL CONTINUE DIRECT PAYMENTS TO DSO RECIPIENT.

DEBTOR WILL PROVIDE INSURANCE TO RELIABLE FINANCIAL THROUGH EASTERN AMERICAN INSURANCE.

Attorney for Debtor Jose Prieto        Phone: (787) 607-2066

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-07168-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Fri Oct  1 16:22:42 AST 2010 | RELIABLE FINANCIAL SERVICES<br>CARLOS E PEREZ PASTRANA<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ASUME<br>PO BOX 70376<br>SAN JUAN, PR  00936-8376 | Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | RELIABLE FINANCIAL SERV<br>P O BOX 21382<br>SAN JUAN, PR 00928-1382 |
| DANIEL RIVERA ESPINEL<br>HC 75 BOX 1570<br>NARANJITO, PR 00719-9728 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | End of Label Matrix<br>Mailable recipients    9<br>Bypassed recipients    0<br>Total                  9 | |